# United States District Court

## Northern District of Mississippi

USA

V.

Jennifer Berry, et al

**Government's**
**Exhibit List**

Case Number: 4:06cr104-P-B

| Presiding Judge W. Allen Pepper, Jr. | | | AUSA Curtis Ivy | | Defendant's Attorney Edward Blackmon |
|---|---|---|---|---|---|
| Trial Date(s) 11-5-07 | | | Court Reporter Nina Horne | | Courtroom Deputy SWF |

| GOV'T. NO. | DEF. NO. | DATE OFFERED 2007 | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1A | | 11-5-07 | | ✓ | 855 B application |
| 1B | | " | | ✓ | 855 B " ( completed ) |
| 1C | | " | | ✓ | 855 R application |
| 1D | | " | | ✓ | 855 R " ( completed ) |
| 1E | | " | | ✓ | 855 I application |
| 1F | | " | | ✓ | 855 I " ( completed ) |
| 1G | | " | | ✓ | Letter re: assignment of provider number |
| | | | | | |
| 2A | | 11-5-07 | | ✓ | EFT 2/24/04 |
| 2B | | " | | ✓ | EFT 8/31/04 |
| 2C | | " | | ✓ | Total claims history |
| 2D | | " | | ✓ | C. Carter history |
| 2E | | " | | ✓ | H. Matthews history |
| 2F | | " | | ✓ | B. Simmons history |
| 2G | | " | | ✓ | C. Washington history |
| | | | | | |
| 15A | | " | | ✓ | Bennie Jones " |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87) ⊕ **EXHIBIT AND WITNESS LIST - CONTINUATION**

| USA | vs. | Berry etal | | | Case No. 406CR104-P-B |
|---|---|---|---|---|---|
| **PLF. NO.** ~~Dov't~~ | **DEF. NO.** | **DATE OFFERED** | **MARKED ID** | **ADMITTED** | **DESCRIPTION OF EXHIBITS AND WITNESSES** |
| 3A | | 11-6-07 | | ✓ | L.M.R.P. manual |
| 3C | | " | | ✓ | Carrier's manual |
| 3H | | " | | ✓ | Policy manual |
| 3B | | " | | ✓ | L.C.D. |
| | | | | | |
| | | | | | |
| 4A | | 11-6-07 | | ✓ | Carter medical records |
| B | | " | | ✓ | A Matthews medical record |
| C | | " | | ✓ | B. Simmons medical record |
| D | | " | | ✓ | C. Washington medical record |
| E | | 11-8-07 | | ✓ | Rehabsource timesheets & ck stubs |
| | | | | | |
| 10A | | 11-7-07 | | ✓ | Planters Bank records |
| | | | | | |
| 9A | | 11-8-07 | | ✓ | Southwest airline records |
| | | | | | |
| 14A | | 11-8-07 | ID | ✓ | Code of Fed Regs. re: chiropractic |
| | | | | | |
| 5A | | 11-9-07 | | ✓ | Suspension letter |
| 11A | | 11-9-07 | | ✓ | Bank Plus records etc |
| 13A | | 11-9-07 | | ✓ | Winfield's MS driver's license |
| 14B | | 11-9-07 | | ✓ | Articles of Incorporation |
| | | | | | |
| 7A | | 11-9-07 | | ✓ | Timesheets g Schumacher Group |
| | | | | | |
| 6A | | 11-13-07 | ID | ✓ | Section 73-23-35 - Code of Fed. Reg re: physical therapists |
| 14C | | 11-13-07 | ID | ✓ | 42 C.F.R. § 484.4 |
| 6B | | 11-13-07 | ID | ✓ | Cease & desist letter |

Page __2__ of ____ Pages

AO 187A (Rev. 7/87) ⊕ **EXHIBIT AND WITNESS LIST - CONTINUATION**

| PLT NO. (3001) | DEF. NO. | DATE OFFERED | MARKED ID) | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| 16 | | 11-13-07 | | ✓ | 2004 Tax Return - Imagine Healthi Solutions |
| 17 | | 11-13-07 | | ✓ | 2004 Tax Return - personal - Jennifer Berry |
| | | | | | |
| 18 | | 11-13-07 | ✓ | | Atty Gen's opinion |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

USA vs. Berry, et al    Case No. 4:06 cr/04-P-B

Page_____ of _____ Pages

# United States District Court

## Northern District of Mississippi

USA

V.

Jennifer Berry, et al

Defendants Berry
Exhibit List  & Rehab Source

Case Number: 4:06cr104-P-B

| Presiding Judge W. Allen Pepper, Jr. | | AUSA Curtis Ivy | Defendant's Attorney Edward Blackmon |
|---|---|---|---|
| Trial Date(s) | | Court Reporter Nina Horne | Courtroom Deputy SWF |

| GOV'T. NO. | DEF. NO. | DATE OFFERED 2007 | MARKED ID | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DB 30 | 11-7-07 | | ✓ | Johnson application for employment |
| | DB 31 | 11-8-07 | | ✓ | Tiester application for employment |
| | DB 32 | 11-8-07 | | ✓ | Tameisha Jordan appli. for employment |
| | DB 33 | 11-13-07 | ID | ✓ | Bernice Jones Patient information |
| | DB 29 | 11-13-07 | | ✓ | advertising material |
| | DB 34 | 11-13-07 | ID | ✓ | Sec 73-23-37 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## Northern District of Mississippi

USA

_Jennifer Berry, et al_

Defendant — Winfield

Exhibit List

Case Number: 4:06cr104-P-B

| Presiding Judge | | | AUSA | | Defendant's Attorney |
|---|---|---|---|---|---|
| W. Allen Pepper, Jr. | | | Curtis Ivy | | Edward Blackmon |

| Trial Date(s) | | | Court Reporter | | Courtroom Deputy |
|---|---|---|---|---|---|
| 11-5-07 | | | Nina Horne | | SWF |

| GOV'T. NO. | DEF. NO. Winfield | DATE OFFERED 2007 | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| | DW-1 | 11-6-07 | ID | ✓ | CMS memo re: revisions to |
| | | " | | | Medicare Benefit Policy Manual |
| | DW2 | " | ID | ✓ | Fed regulation — outpatient |
| | | | | | physical therapy 42 CFR § 410.60 |
| | | | | | |
| | DW3 | 11-6-07 | ID | | Declaration of John Warren |
| | DW4 | 11-7-07 | ID | ✓ | Checks ( Planters Bk records) |
| | DW5 | 11-8-07 | ID | ✓ | Fed Regulation 410.20 |
| | DW6 | 11-8-07 | ID | ✓ | Fed Regulation 42 CFR 414.34 |
| | DW7 | 11-8-07 | ID | ✓ | Federal Register |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* _Include a notation as to the location of any exhibit not held with the case file or not available because of size._

_Page 1 of _____ Pages_