# United States District Court

### Northern District of Mississippi

USA

V.

Berry et al.

Court's Exhibit List    406 cr 104

Case Number:

| Presiding Judge W. Allen Pepper, Jr. | Plaintiff/Government | Defendant's Attorney |
|---|---|---|
| Trial Date(s) | Court Reporter Nina Horne | Courtroom Deputy SWF |

| GOV'T. NO. Count | DEF. NO. | DATE OFFERED 2005 | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| 1 | | | | | Ltr - Dickerson to Ivy 9/22/05 |
| 2 | | | | | Ltr - Berry to Powell 9/20/05 |
| 3 | | | | | Dickerson vitae |
| 4 | | | | | Case law |
| | | | | | |
| 5 | | | | | Jennifer Berry. Waiver of Conflict of int. |
| 6 | | | | | Johnnie Winfield Waiver of Conflict of int. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.