IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA,

VS.  CIVIL ACTION NO. 4:06CR104-P-B

JENNIFER YVONNE BERRY AND
REHABSOURCE, INC.,  DEFENDANTS.

## ORDER

This matter comes before the court upon Defendants Jennifer Yvonne Berry and RehabSource, Inc.'s motion to continue the date of sentencing [122]. After due consideration of the motion, the court finds as follows, to-wit:

Jennifer Berry's physician avers that she needs additional time to accommodate her pregnancy which is currently in its thirtieth week. The Government does not object to a continuance of the sentencing.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants Jennifer Yvonne Berry and RehabSource, Inc.'s motion to continue the date of sentencing [122] is **GRANTED**; therefore,

(2) The March 12, 2008 sentencing hearing for Defendants Jennifer Yvonne Berry and RehabSource, Inc is hereby **CONTINUED** until further order of the court.

**SO ORDERED** this the 6th day of March, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE